906 A.2d 1195

**The Honorable Albert W. SHEPPARD, Jr., Petitioner,**

v.

**COMMONWEALTH of Pennsylvania and Robert P. Casey, Jr., State Treasurer of the Commonwealth of Pennsylvania, Respondents.**

Supreme Court of Pennsylvania.

Oct. 5, 2006.

742

**ORDER**

PER CURIAM.

**AND NOW,** this 5th day of October 2006, this matter is **DISMISSED AS MOOT.** *See Stilp v. Commonwealth,* 588 Pa. 539, 905 A.2d 918 (2006). Jurisdiction relinquished.

Chief Justice CAPPY did not participate in the consideration or decision of this matter.